UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

United States of America,

–v–

Miguel Zubiate,

Defendant.

18-cr-442 (AJN)
20-cv-9064 (AJN)

ORDER

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 5/23/22

ALISON J. NATHAN, Circuit Judge:

On May 17, 2022, the Court received notice that its April 29, 2022 Memorandum Opinion and Order, Dkt. No. 147, which was mailed to Mr. Zubiate, was returned to sender. The Clerk of Court mailed the Memorandum Opinion and Order to FCI Fort Dix, which is the address listed for Mr. Zubiate on the public docket, but the BOP inmate tracker shows he has been transferred to FCI Danbury.

Accordingly, the Clerk of Court is respectfully directed to mail a copy of the April 29, 2022 Memorandum Opinion and Order to Mr. Zubiate at FCI Danbury:

Miguel Zubiate, Reg. No. 64662-053
FCI Danbury
Federal Correctional Institution
Route 37
Danbury, CT 06811

SO ORDERED.

Dated: May 23, 2022
      New York, New York

_____
ALISON J. NATHAN
United States Circuit Judge
Sitting by Designation

1